# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2019 KW 1398

VERSUS

MITCHELL JACKSON                                      ꓘAN 0 6 2020

---

In Re:     Mitchell Jackson, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 03-15-0813.

---

**BEFORE:     WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

    **WRIT DENIED.**

                          **VGW**
                          **JMG**
                          **WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.